**FILED**

MAR 18 2010

TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CASE NO. 10-mj-8052-DJW
v. )
)
LARRY L. HOWARD )
)
Defendant. )

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about November 18, 2009 in the District of Kansas, the defendant

### LARRY L. HOWARD

did unlawfully employ, use persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was transported in interstate and foreign commerce by means of a computer, in violation of Title 18 United States Code Section 2251(a).

I further state that I am a Special Agent with the Immigration and Customs Enforcement and that this complaint is based on the following facts:

See attached affidavit, which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:    X   Yes   ☐   No

_Jonathan C. Polner_
Jonathan Polner
Special Agent
Signature of Complainant

Sworn to before me and subscribed in my presence,

March  18th , 2010, _____ at Kansas City, Kansas.

Honorable Gerald L. Rushfelt
United States Magistrate Judge
Name & Title of Judicial Officer

*Signature of Judicial Officer*

**PENALTIES:**

**Count 1**   **18 U.S.C. § 2251(a) - Production of Child Pornography**
- NLT 15 years NMT 30 years incarceration;
- $250,000.00 Fine;
- NLT 5 years and NMT life SR; and
- $100.00 Special Assessment Fee

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Jonathan Polner, am a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Office of Investigations, currently assigned to the Assistant Special Agent in Charge, Kansas City, Missouri, National Security Unit, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of ICE for just under one year and am currently assigned to the Assistant Special Agent in Charge, Kansas City, Missouri, National Security Unit. I have been assigned to the National Security Unit since October 2009. In that capacity, I have been assigned to investigate Sexual Exploitation of Children violations of Federal Law. I have gained experience in the conduct of such investigations through training in classes and everyday work related to conducting these types of investigations. I have had the opportunity to discuss this investigation with other special agents and officers with extensive experience in investigation of child pornography cases.

2. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is made in support of an application for a criminal complaint charging Larry Howard with a violation of Title 18, United States Code, Section 2251 and 2252.

4. On September 1, 2009 the National Center for Missing and Exploited Children (NCMEC) received information from Yahoo Custodian of Records regarding eight images of child pornography that had been uploaded to one of their sites, Flickr.com, by a user located in Australia. NCMEC forwarded the information they received to the Australian Federal Police.

5. On January 19, 2010, Officers from the Australian Capital Territory Police conducted a search warrant on a home located in Canberra, Australia. During the search warrant, Australian Capital Territory Police discovered images containing child pornography on Troy WHITE'S computer along with thumb drives that also contained images of child pornography. A search of WHITE's computer revealed WHITE was distributing child pornography to contacts in the United States and other locations around the world. WHITE admitted to filming young girls at a local shopping mall and taking photographs of a family friend's naked 5 year old daughter. WHITE was formally charged a few days after this search took place.

6. Information obtained through an interview with Troy WHITE indicated that an individual using the name of

**Blyndman68@yahoo.com** had sent images of child pornography to WHITE'S email address. During the interview, Troy WHITE revealed he had met several contacts on Flickr.com where they made comments on pictures of children which escalated into a private network of contacts exchanging child exploitation videos and images. Troy WHITE turned over control of his online identities to the Australian Federal Police.

7. Troy WHITE also revealed the following information during the interview. Blyndman68's real name is believed to be Larry and he lives in the United States. Blyndman68 has a 2 and a half to 3 year old daughter with dark brown hair and dark eyes. Blyndman68 regularly trades nude images of his daughter.

8. Australian Federal Police were able to identify the email address **Blyndman68@yahoo.com** and names "Blyndman68" aka "Tatpooh" as belonging to an individual located in the United States and forwarded the information to ICE Cyber Crimes Center (Hereafter referred to as C3), located in Fairfax, Virginia.

9. Australian Federal Police provided ICE Computer Cyber Crimes (C3) with thirty-four image files, screen shots from Fotki.com website and pictures from Flickr.com website recovered from Troy WHITE's computer hard drive along with an intelligence report detailing the criminal activity on the Flickr account and images sent by **Blyndman68@yahoo.com.**

10. On February 4, 2010, C3 subpoenaed Yahoo.com, located in Sunnyvale, California, to get subscriber information and the IP address log records used by the email address of **Blyndman68@yahoo.com and** Flickr.com account name **"Blyndman68"** aka **"Tatpooh"**. On February 21, 2010, Yahoo responded and their records showed that the email **Blyndman68@yahoo.com** was created on August 3, 2005 and was registered to a Mr. Larry NUNYA, Olathe, Kansas. Yahoo records showed that from November 3, 2009 to February 19, 2010, one of the IP addresses used by **Blyndman68@yahoo.com** was the IP address **71.199.77.137**. ICE Computer Cyber Crimes (C3) identified the IP address **71.199.77.137** to belong to Internet Service Provider COMCAST COMMUNICATIONS LLC, Moorestown, New Jersey.

11. On March 4, 2010, C3 subpoenaed COMCAST COMMUNICATIONS LLC. requesting the subscriber information of the individual utilizing the IP address of **71.199.77.137** on February 19, 2010, at 20:09:01 GMT. On March 8, 2010, COMCAST COMMUNICATIONS LLC responded to the subpoena stating that the IP address **71.199.77.137** was utilized by **Larry HOWARD** with Internet service located at **835 South Lindenwood Drive, Olathe, Kansas, 66062.**

COMCAST COMMUNICATIONS LLC shows that service was started on January 13, 2006 and continues to the present time in the name of **Larry HOWARD**.

12. On March 12, 2010, C3 requested that the ASAC/Kansas City, Missouri office conduct a child pornography investigation on **Larry HOWARD** and forwarded to this affiant copies of the child pornography image files and screen captures sent to C3 by the Australian Federal Police.

13. The Australian Federal Police recovered thirty-four image files from Troy WHITE's computer hard drive, that were sent to Troy WHITE by **blyndman68** via Flickr. The thirty-four images are titled 000_0124.JPG; **100_1947.JPG; 100_3288.JPG;** 100_3295.JPG; 100_3296.JPG; DSCI2730(1).JPG; first try with panties.JPG; first try with panties 2.JPG; first try with panties 3.JPG; first try with panties 4.JPG; **first try with panties 5.JPG;** Photo0009.JPG, **Photo0010.JPG; Photo0077.JPG;** Photo0116.JPG; Photo0118.JPG; **Photo0120.JPG; Photo0205.JPG; Photo0206.JPG; Photo0207.JPG; Photo0208.JPG;** Photo0277.JPG; Photo0278.JPG; Photo0333.JPG; Photo0334.JPG; Photo0336.JPG; Photo0344.JPG; Photo0379.JPG; **Photo0453.JPG;** Photo0554.JPG; Photo0555.JPG; Photo0556.JPG; Photo0557.JPG, and **Photo2161.JPG**.

14. ASAC Kansas City SSA Jim Kanatzar and your affiant reviewed the thirty-four image files and found thirteen image files to depict images of child pornography. The image file titled **100_1947.JPG** depicts a nude girl approximately two to two and half years old sitting up in a bed with her legs spread open and the girl's vagina is exposed to the camera. The image file titled **Photo0120.JPG** depicts a semi-nude girl approximately three years old laying on a couch. The girl has a pink top and is not wearing any pants or underwear. The girl has her legs spread wide apart and her vagina is exposed to the camera. The image file titled **Photo0205.JPG** depicts a nude girl approximately two to two and half years old laying on a couch with her legs spread wide apart and her vagina is exposed to the camera. The image file titled **Photo0453.JPG** depicts a nude girl approximately two to two and half years old laying her back on a chair foot stool. The girl has her legs spread wide apart and her vagina is exposed to the camera. SSA Jim Kanatzar and affiant believe the image files **100_1947.JPG, Photo0120.JPG, Photo0205.JPG,** and **Photo0453.JPG** meet the criteria of child pornography as defined in 18 U.S.C. § 2256.

15. On March 17, 2010 Affiant applied for and received a Federal Search Warrant in the District of Kansas for the dwelling located at 835 South Lindenwood, Olathe, Kansas to search the dwelling for evidence of child pornography.

16. On March 18, 2010, at 0700 agents from ICE, Olathe Police Department and US Marshals conducted a search warrant on the dwelling at 835 South Lindenwood, Olathe, Kansas. Located in the residence were Larry HOWARD, Jenny KENNEDY and five minor children.

17. HOWARD was interviewed by ICE SSA James Kanatzar and Olathe Police Department Detective Tim Berg. HOWARD initially denied being involved in child pornography. Later in the interview, SSA Kanatzar showed HOWARD several photographs and asked HOWARD if he recognized them. HOWARD admitted to taking the photographs and sending them to other people in Canada and Australia over the internet in exchange for other photographs of nude children.

18. One of the photographs detailed a young girl lying on her back with her legs spread apart exposing her vaginal area with an adult male kneeling next to her having an erect penis that appears to be touching the vagina of the young girl. HOWARD admitted this was his penis touching his daughter HSH DOB 09/11/2006 and was taken in November 2009 by HOWARD.

19. Two separate additional photographs were shown to HOWARD that both depicted a close up shot of a young girl's vaginal area that had an adult hand spreading the vaginal area apart. HOWARD admitted these photographs were taken by him and the young girl in the photographs was his daughter HSH.

FURTHER AFFIANT SAYETH NOT.

Jonathan C. Polner, Special Agent
Immigration and Customs Enforcement

Subscribed and sworn before me this 18th day of March 2010

HONORABLE GERALD L. RUSHFELT
UNITED STATES MAGISTRATE JUDGE